

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY**, Inc. and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On March 4, 2022, appellants American Medical Home Health Services, LLC, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, and American Medical Palliative Support filed a Motion to Withdraw and Substitute Appellate Counsel. After consideration, appellants' motion is **GRANTED**. We **ORDER** the clerk of this court to update the records of this case to show Lorien Whyte at Whyte Appeals, PLLC as attorney of record for appellants.

It is so **ORDERED** March 15, 2022.

PER CURIAM

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT